United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 28, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 06-61124
Summary Calendar

———————————

BILLY SHEPPARD,

Plaintiff - Appellant,

v.

MELVIN ROBERTS, Transportation Officer; CHRISTOPHER B EPPS,
COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS,

Defendants-Appellees.

———————————————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi, Jackson
USDC No. 5:06-CV-130

———————————————————————————————

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Billy Sheppard ("Sheppard") appeals the district court's dismissal of his

§ 1983 action concerning injuries incurred when a prison vehicle carrying Sheppard was involved

in an accident. We affirm.

The district court *sua sponte* dismissed Sheppard's suit for failure to exhaust

administrative remedies under the Prison Litigation Reform Act., 42 U.S.C. § 1997e(a). He has

since fulfilled the administrative remedy review but the district court's decision must be affirmed

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

on other grounds. *See Sojourner T v. Edwards*, 974 F.2d 27, 30 (5th Cir. 1992). In this case,

Sheppard alleges, at most, negligence on the part of the vehicle driver and the Commissioner for

hiring the driver. "[T]he Due Process Clause of the Fourteenth Amendment is simply not

implicated by a *negligent* act of an official causing unintended loss of or injury to life, liberty, or

property." *Daniels v. Williams*, 474 U.S. 327, 328, 106 S. Ct. 662, 663 (1986). Thus, Sheppard

has not stated a claim for a constitutional violation under § 1983. We affirm the dismissal with

prejudice.

AFFIRMED.